MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $13,000.00 IN U.S. CURRENCY,<br><br>  Defendant. | 2:25-mc-00163-DJC-JDP<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Corterio Williams ("claimant"), appearing *in propria persona*, as follows:

1. On or about February 26, 2025, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $13,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on January 13, 2025.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
2  parties.  That deadline is May 27, 2025.

3      4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July
4  25, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the
5  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
6  forfeiture.

7      5.    Accordingly, the parties agree that the deadline by which the United States shall be
8  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
9  alleging that the defendant currency is subject to forfeiture shall be extended to July 25, 2025.

Dated:  5/22/2025      MICHELE BECKWITH
    Acting United States Attorney

By:    /s/ Kevin C. Khasigian
    KEVIN C. KHASIGIAN
    Assistant U.S. Attorney

Dated:  5/21/2025      /s/ Corterio Williams
    CORTERIO WILLIAMS
    Potential Claimant
    Appearing *in propria persona*
    37235 Thomas Cryer Road
    Mount Hermon, LA 70450
    (Signature authorized by phone)

IT IS SO ORDERED.

Dated:   May 27, 2025      _____
    JEREMY D. PETERSON
    UNITED STATES MAGISTRATE JUDGE